4/1/11
# 11091584
$ 11,038.44
KJ

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

ANDREW J. DRABCZYK

05-19276
B-~~05-19275~~-K

Debtor

    IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: EMC Mortgage Corp., P.O. Box 293150, Lewisville, TX 75029-3150

    Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $11,038.44 representing unclaimed funds belonging to the above-named creditor.

Dated: April 1, 2011

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE



FILED APR - 1 2011 BANKRUPTCY COURT BUFFALO, N.Y.